MIRIAM ISAACS, Respondent, v. J. CARL SCHMUCK, Appellant.— Motion to dismiss appeal denied on condition that within five days from the date of entry of the order herein appellant pay to respondent's attorney one hundred dollars, and ten dollars costs of motion, and place the case on the October calendar; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Manning, Kapper and Lazansky, JJ.

In the Matter of the Petition of GEORGE W. BAHRENBURG to Render and Settle His Final Account as Successor Trustee under the Last Will and Testament of JOHN BAHRENBURG, Deceased.— Motion for leave to appeal to the Court of Appeals granted. Present — Kelly, P. J., Rich, Manning, Kapper and Lazansky, JJ. Settle order on notice.

In the Matter of the Application of H. ALLEN BARTON for Admission to the Bar. (From the State of Connecticut.) — Application granted. Present — Kelly, P. J., Manning, Kapper and Lazansky, JJ.

In the Matter of the Application of THOMAS A. DAVIES for Admission to the Bar. (From the State of Pennsylvania.) — Application granted. Present — Kelly, P. J., Manning, Kapper and Lazansky, JJ.

In the Matter of the Probate of the Last Will and Testament of HENRY C. HAND, Late of the Town of East Hampton, Deceased.— Motion to dismiss appeal denied, on condition that appellant pay to respondents fifty dollars, and notice the appeal for argument for the October term of this court, within ten days, and file an undertaking as prescribed by the Surrogate's Court Act;* otherwise, motion to dismiss is granted, with ten dollars costs. Present — Kelly, P. J., Rich, Manning, Kapper and Lazansky, JJ.

In the Matter of the Application of JOSEPH R. JACKSON for Admission to the Bar. (From the State of Montana.) — Application granted. Present — Kelly, P. J., Manning, Kapper and Lazansky, JJ.

In the Matter of the Application of JAQUINO REALTY CORPORATION for a Peremptory Order of Mandamus, Respondent, v. WILLIAM V. ORMOND and Others, Constituting the Board of Assessors of the City of New York, etc., Appellants.— Motion to resettle order denied. Present — Kelly, P. J., Rich, Manning, Kapper and Lazansky, JJ.

CHARLES F. JACOBS, Appellant, v. JANE JACOBS, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Kapper and Lazansky, JJ.

In the Matter of the Application of HAROLD JOHNSON for Admission to the Bar. (From the State of Missouri.) — Application granted. Present — Kelly, P. J., Manning, Kapper and Lazansky, JJ.

BARNETT KARDONSKY, Respondent, v. JAMES TOZZI, etc., Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Kapper and Lazansky, JJ.

SAMUEL E. KELLY, Respondent; v. GEORGE LEARY CONSTRUCTION COMPANY, Appellant.— Motion for reargument denied. Present — Kelly, P. J., Rich, Manning, Kapper and Lazansky, JJ.

* See Surr. Ct. Act, § 298 et seq.— [REP.